AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JOSEPH WEISS <br><br> *Plaintiff(s)* <br> v. <br> ALLIANCEONE RECEIVABLES MANAGEMENT, INC <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  13-cv-7344<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALLIANCEONE RECEIVABLES MANAGEMENT, INC
4850 E STREET ROAD, Suite 300
TREVOSE, PENNSYLVANIA, 19053

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Palace Law Group, PC
David Palace, ESQ
383 Kingston Ave.  #113
Brooklyn, New York 11213
347-651-1077

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  12/26/2013                                    Michele Gapinski
                                                     *Signature of Clerk or Deputy Clerk*