**LAW OFFICES OF DAVID PALACE**
383 KINGSTON AVE. #113
BROOKLYN, NY 11213
TEL: (347) 651-1077
FAX: (347) 464-0012
EMAIL: DAVIDPALACEESQ@GMAIL.COM

May 28, 2014

**VIA ELECTRONIC FILING**

Hon. Vera M Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Weiss v. Allianceone Receivables Management, Inc.
              Docket No. 1:13-cv-07344-DLI-VMS

Dear Judge Scanlon,

      I represent the Plaintiff in the above referenced matter, and write to advise the Court that the parties have reached a settlement in the above matter. I further request the Court give the parties 60 days to file a stipulation of dismissal. This time is necessary for the parties to enter into a formal agreement and execute same.

      I further request that the Court adjourn the initial conference currently scheduled for Thursday, May 29, 2014 *sine die* based upon the above.

      I thank the Court in advance for its consideration in this matter.

                                    Respectfully Submitted,
                                    LAW OFFICES OF DAVID PALACE

                                    By:__s/David Palace_____
                                    David Palace

cc: Michael Gaico (via ECF)